UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY SMITH, | ) |
| Plaintiff | ) |
| | ) No. 2:11-0034 |
| v. | ) Judge Sharp/Brown |
| COMMUNITY OPTIONS, INC., | ) |
| Defendant | ) |

**O R D E R**

A telephone conference was held with the parties in this matter on July 14, 2011. It appears that the parties are going to need some additional time for discovery. There are some issues concerning the Plaintiff's condition and whether a conservator might be needed. In reviewing the scheduling order it also appears that dispositive motions are presently scheduled for October 15, 2011, with a trial in Nashville on November 15, 2011. That would not, as a practicable matter, give the Court sufficient time to rule on a dispositive motion.

The Magistrate Judge also discussed with the parties the possibility of consent to proceed before the Magistrate Judge with the jury trial to be set at a later date in Cookeville.

After discussion with the parties, they are requested to submit a revised timetable for discovery, expert witnesses, dispositive motions, and a suggested time for a trial date, leaving approximately 90 days from the close of dispositive motions to the trial date. If the parties execute a consent form the Magistrate Judge will then schedule a jury trial in Cookeville. If there is no consent then the Magistrate Judge will consult with Judge Sharp

to secure the parties another trial date which could also be in Cookeville, if they wish.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge