IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JEFFREY KEITH SMITH, | ) |
| Plaintiff, | ) No: 2:11-cv-0034 |
| v. | ) ~~Judge Trauger~~ |
| COMMUNITY OPTIONS, INC., | ) Magistrate Judge Brown |
| Defendant. | ) Jury Demand |

## AGREED ORDER OF DISMISSAL

Come now the parties, as evidenced by the signature of their respective counsel, and would show unto the Court that they have reached a compromise and settlement of all issues in this case.

It is therefore **ORDERED** that this case is dismissed with prejudice.

Entered this 9 day of March, 2012.

_____
Judge

Approved for Entry:

_____
Henry D. Fincher (No. 16682)
Attorney for Plaintiff
305 East Spring Street
Cookeville TN 38501
(931) 528-4000